# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| RANDY TETER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-4271-CV-C-NKL |
| | ) |
| SCHOFIELD, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

Defendants, through counsel, hereby certify that "Defendants' Responses to Plaintiff's First Request for Discovery" and "Defendant Respond and Object to Plaintiff's First Set of Interrogatories , Request for Production of Documents for Defendant Schofield" and bates documents Teter v Schofield et al MDOC 00051-000327, along with a copy of the Certificate were mailed postage prepaid this 5th day of June, 2017, to the following:

>Randy Teter
>#1028240
>Potosi Correctional Center
>11593 State Highway O
>Mineral Point Missouri 63660

Respectfully submitted,

**CHRIS KOSTER**
Missouri Attorney General

/s/ *Kayla Kemp*
Kayla Kemp
Assistant Attorney General
Missouri Bar No. 69488

P.O. Box 899
Jefferson City, MO 65102
Phone (573) 751-9167
Fax (573) 751-9456
Email: kayla.kemp@ago.mo.gov
**ATTORNEYS FOR DEFENDANTS**