# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| RANDY TETER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 16-4271-CV-C-NKL-P |
| ) | |
| SCHOFIELD, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER APPOINTING COUNSEL FOR PLAINTIFF

On August 16, 2017, this Court held a teleconference, during which Plaintiff requested appointment of counsel. Doc. 39. The Court finds that counsel should be appointed to represent Plaintiff in this case. Therefore, the Court requests that Christopher Swiecicki, Esquire, enter his appearance on Plaintiff's behalf.

So **ORDERED**.

 /s/ Nanette K. Laughrey
 NANETTE K. LAUGHREY
 UNITED STATES DISTRICT JUDGE

Dated: August 17, 2017.