IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

**Randy Teter**　　　　　　　)
　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　)　　2:16-cv-04271-WJE
　　　　　　　　　　　　　　)
　　　vs　　　　　　　　　　)
　　　　　　　　　　　　　　)
**Amr Heikal, et al**　　　　　)
　　　　Defendant.　　　　　)

ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The Clerk is hereby ordered to issue a Writ of Habeas Corpus Ad Testificandum directed to the Jefferson City Correctional Center, 8200 No More Victims Rd, Jefferson City, MO 65101 **for RANDY TETER**, #1028240, now in the custody of the person there in charge, before the United States District Court, 80 Lafayette Street at Jefferson City, Missouri, on Tuesday, February 20, 2018, at 9:00 a.m., through February 23, 2018 or at any time thereafter as the Court may direct; and after said person shall have so appeared to return said person to the aforementioned custody as may be directed by this Court.

*Willie J. Epps, Jr.*
Willie J. Epps, Jr.
United States Magistrate Judge

January 30, 2018